<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of __Delaware__
(State)

Case number (if known): _____ Chapter __11__

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1.  **Debtor's name**          Optima Specialty Steel, Inc.

2.  **All other names debtor used in the last 8 years**
    Include any assumed names, trade names, and *doing business as* names

3.  **Debtor's federal Employer Identification Number (EIN)**    2 6 _ 4 4 3 0 6 4 1

4.  **Debtor's address**

    **Principal place of business**

    | 200 | S. Biscayne Blvd. |
    |-----|-------------------|
    | Number | Street |

    Suite 5500

    | Miami | FL | 33131 |
    |-------|----|-------|
    | City | State | ZIP Code |

    Miami-Dade
    County

    **Mailing address, if different from principal place of business**

    | Number | Street |
    |--------|--------|

    P.O. Box

    | City | State | ZIP Code |
    |------|-------|----------|

    **Location of principal assets, if different from principal place of business**

    | Number | Street |
    |--------|--------|

    | City | State | ZIP Code |
    |------|-------|----------|

5.  **Debtor's website** (URL)    www.optimasteel.com

6.  **Type of debtor**
    ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding  LLP)
    ☐ Other. Specify: _____

Debtor    Optima Specialty Steel, Inc.                                    Case number *(if known)*_____
_____
Name

| | |
|---|---|
| 7. | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3  3  1  2

| | |
|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. |

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                            MM / DD / YYYY

          District _____  When _____  Case number _____
                                            MM / DD / YYYY

| | |
|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. |

☐ No

☑ Yes.  Debtor   See Schedule 1 attached hereto    Relationship   Affiliate

          District   Delaware                        When   12/15/2016
                                                            MM /  DD  / YYYY

          Case number, if known  _____

| Debtor | Optima Specialty Steel, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☑ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☑ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Optima Specialty Steel, Inc. | | Case number (if known) | |
| | Name | | | |

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☑ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

▪ I have been authorized to file this petition on behalf of the debtor.

▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/15/2016
MM  / DD  / YYYY

✖ _(signature)_

Signature of authorized representative of debtor

Mordechai Korf
Printed name

Title  Chief Executive Officer

**18. Signature of attorney**

✖  /s/ Dennis A. Meloro

Signature of attorney for debtor

Date  12/15/2016
MM  / DD  / YYYY

Dennis A. Meloro
Printed name

Greenberg Traurig, LLP
Firm name

1007        North Orange Street, Suite 1200
Number        Street

Wilmington
City

DE
State

19801
ZIP Code

302-661-7000
Contact phone

melorod@gtlaw.com
Email address

4435
Bar number

DE
State

---

## SCHEDULE 1

**Pending Bankruptcy Cases Filed by the Debtors in this Court**

On the date hereof, each of the affiliated entities listed below (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Delaware. Contemporaneously herewith, the Company is filing a motion requesting the joint administration of these chapter 11 cases for procedural purposes only under the case number assigned to Optima Specialty Steel, Inc.

1. Optima Specialty Steel, Inc.
2. Niagara LaSalle Corporation
3. Michigan Seamless Tube LLC
4. The Corey Steel Company
5. KES Acquisition Company d/b/a Kentucky Electric Steel

**JOINT UNANIMOUS WRITTEN CONSENT**
**OF THE SOLE STOCKHOLDER AND BOARD OF DIRECTORS**
**OF**
**OPTIMA SPECIALTY STEEL, INC.**

The undersigned, being the sole stockholder (the "Sole Stockholder") and all of the members of the board of directors (the "Board") of Optima Specialty Steel, Inc., a Delaware corporation (the "Corporation"), pursuant to the provisions of the Delaware General Corporation Law, do hereby authorize, adopt and approve the following actions and resolutions by this written consent to action without a meeting (this "Consent"):

1.    Filing of Bankruptcy Petition for the Corporation

WHEREAS, the Board and the Sole Stockholder have considered the financial and operational aspects of the Corporation's business and the recommendations of the Corporation's professionals and advisors;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Board and the Sole Stockholder, it is desirable and in the best interests of the Corporation, its creditors, stockholders and other interested parties that a petition (the "Petition") be filed by the Corporation seeking relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and be it

FURTHER RESOLVED, that the proper officers of the Corporation (the "Authorized Officers"), including, but not limited to, any of Mordechai Korf, the Chief Executive Officer and Chairman of the Board of Directors of the Corporation, Michael Salamon, Chief Operating Officer and President of the Corporation and Anthony Verkruyse, Chief Financial Officer, Vice President and Treasurer, are hereby authorized and empowered on behalf of and in the name of the Corporation to execute, verify and cause to be filed the Petition, together with schedules of assets and liabilities, the statement of financial affairs and other ancillary documents required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure to be filed with the Petition, at such time as the Authorized Officers consider it appropriate; and be it

FURTHER RESOLVED that the Authorized Officers, and any employees or agents (including counsel) designated by or directed by the Authorized Officers, shall be, and each hereby is, authorized and empowered to cause the Corporation and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such Authorized Officer shall be necessary, proper, and desirable to prosecute to a successful completion the Corporation's chapter 11 case and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and be it

1

FURTHER RESOLVED, that the Authorized Officers shall be, and each hereby is, authorized and empowered on behalf of, and in the name of, the Corporation to retain Greenberg Traurig, P.A., Ernst & Young LLP and such other attorneys, investment bankers, accountants, financial advisors, and other professionals to assist in the Corporation's chapter 11 case on such terms as are deemed necessary, proper, or desirable by the Authorized Officers.

2.    Filing of Bankruptcy Petition for the Subsidiaries

WHEREAS, the Corporation is the sole shareholder of each of Niagara LaSalle Corporation, a Delaware corporation ("NLS"), KES Acquisition Company, a Delaware corporation ("KES") and The Corey Steel Company, an Illinois corporation ("CSC") and the sole member of Michigan Seamless Tube LLC, a Delaware limited liability company ("MST" and together with NLS, KES and CSC, the "Subsidiaries"); and

WHEREAS, the Board and the Sole Stockholder have considered the financial and operational aspects of each Subsidiary's business and the recommendations of the Corporation's professionals and advisors.

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Board and the Sole Stockholder, it is desirable and in the best interests of the Corporation, its creditors, stockholders and other interested parties that a petition (the "Subsidiary Petition") be filed by each Subsidiary seeking relief under chapter 11 of title 11 of the Bankruptcy Code in the Bankruptcy Court; and be it

FURTHER RESOLVED, that the Authorized Officers are hereby authorized and empowered on behalf of and in the name of the Corporation to execute, verify and cause to be filed any and all resolutions, authorizations, consents and approvals and documents as the sole stockholder or sole member, as the case may be, of each Subsidiary with regard to the filing of each Subsidiary Petition.

3.    General Authorization

NOW, THEREFORE, BE IT RESOLVED, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed on behalf of the Corporation by the Authorized Officers prior to the adoption of the foregoing resolutions with regard to any of the transactions, actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed adopted and approved; and be it

FURTHER RESOLVED, that any specific resolutions that may be required to have been adopted by the Sole Stockholder and the Board to effectuate the matters and transactions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the members of the Board, officers and authorized representatives of the Corporation be, and each of them acting along hereby is, authorized in the name and on behalf of the Corporation to certify as to the adoption of any and all such resolutions; and be it

FURTHER RESOLVED, that the Authorized Officers shall be, and each hereby is, authorized and empowered on behalf of the Corporation and in its name to take or cause to be

2

taken all actions and to execute and deliver all such instruments that such Authorized Officer determines are necessary or desirable in connection with the foregoing resolutions; and be it

FURTHER RESOLVED, that this Consent may be signed in any number of counterparts (including by means of facsimile signature), each of which shall be deemed to be an original, and all of which taken together shall be deemed to be a single consent.

*[Remainder of Page Intentionally Left Blank.]*

3

IN WITNESS WHEREOF, the undersigned have executed this Consent the _14_ day of December, 2016.

**SOLE STOCKHOLDER:**

OPTIMA ACQUISITIONS, LLC

By: _____

Name: _Mordechai Korf_

Title: _CEO_

**BOARD OF DIRECTORS:**

By: _____

Name: Mordechai Korf

By: _____

Name: Velvel Lozynskyy

By: _____

Name: John Goodish

By: _____

Name: Uriel Laber

By: _____

Name: Menachem Sossonko

By: _____

Name: Menachem Mayberg

By: _____

Name: Michael A. Salamon

IN WITNESS WHEREOF, the undersigned have executed this Consent the /4 day of December, 2016.

**SOLE STOCKHOLDER:**

OPTIMA ACQUISITIONS, LLC

By: _____
Name: _____
Title: _____

**BOARD OF DIRECTORS:**

By:_____
Name:  Mordechai Korf

By:_____
Name:  Velvel Lozynskyy

By:_____
Name:  John Goodish

By:_____
Name:  Uriel Laber

By:_____
Name:  Menachem Sossonko

By:_____
Name:  Menachem Mayberg

By:_____
Name:  Michael A. Salamon

IN WITNESS WHEREOF, the undersigned have executed this Consent the _14_ day of December, 2016.

**SOLE STOCKHOLDER:**

OPTIMA ACQUISITIONS, LLC

By: _____
Name: _____
Title: _____

**BOARD OF DIRECTORS:**

By:_____
Name:  Mordechai Korf

By:_____
Name:  Velvel Lozynskyy

By: _John Goodish_
Name:  John Goodish

By:_____
Name:  Uriel Laber

By:_____
Name:  Menachem Sossonko

By:_____
Name:  Menachem Mayberg

By:_____
Name:  Michael A. Salamon

MIA 185633294v2

IN WITNESS WHEREOF, the undersigned have executed this Consent the *14* day of December, 2016.

**SOLE STOCKHOLDER:**

OPTIMA ACQUISITIONS, LLC

By: _____
Name: _____
Title: _____

**BOARD OF DIRECTORS:**

By: _____
Name:  Mordechai Korf

By: _____
Name:  Velvel Lozynskyy

By: _____
Name:  John Goodish

By: _____
Name:  Uriel Laber

By: _____
Name:  Menachem Sossonko

By: _____
Name:  Menachem Mayberg

By: _____
Name:  Michael A. Salamon

IN WITNESS WHEREOF, the undersigned have executed this Consent the *14* day of December, 2016.

SOLE STOCKHOLDER:

OPTIMA ACQUISITIONS, LLC

By: _____
Name: _____
Title: _____

**BOARD OF DIRECTORS:**

By: _____
Name:  Mordechai Korf

By: _____
Name:  Velvel Lozynskyy

By: _____
Name:  John Goodish

By: _____
Name:  Uriel Laber

By: _____
Name:  Menachem Sossonko

By: _____
Name:  Menachem Mayberg

By: _____
Name:  Michael A. Salamon

IN WITNESS WHEREOF, the undersigned have executed this Consent the $14$ day of December, 2016.

SOLE STOCKHOLDER:

OPTIMA ACQUISITIONS, LLC

By: _____
Name: _____
Title: _____

BOARD OF DIRECTORS:

By: _____
Name:  Mordechai Korf

By: _____
Name:  Velvel Lozynskyy

By: _____
Name:  John Goodish

By: _____
Name:  Uriel Laber

By: _____
Name:  Menachem Sossonko

By: _____
Name:  Menachem Mayberg

By: _____
Name:  Michael A. Salamon

IN WITNESS WHEREOF, the undersigned have executed this Consent the 14 day of December, 2016.

**SOLE STOCKHOLDER:**

OPTIMA ACQUISITIONS, LLC

By: _____
Name: _____
Title: _____

**BOARD OF DIRECTORS:**

By:_____
Name:  Mordechai Korf

By:_____
Name:  Velvel Lozynskyy

By:_____
Name:  John Goodish

By:_____
Name:  Uriel Laber

By:_____
Name:  Menachem Sossonko

By:_____
Name:  Menachem Mayberg

By:_____
Name:  Michael A. Salamon

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| OPTIMA SPECIALTY STEEL, INC., | Case No. 16-_____ (_____) |
| Debtor. | (Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS

| Name and last known address or place of business of holder | Number of Securities | Kind of Interest |
|---|---|---|
| Optima Acquisition, LLC 200 S. Biscayne Blvd., Suite 5500 Miami, FL 33131 | 100% | common stock |

**Fill in this information to identify the case and this filing:**

Debtor Name   OPTIMA SPECIALTY STEEL, INC.

United States Bankruptcy Court for the: _____ District of   Delaware
<br>(State)

Case number (*if known*):   _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐   *Schedule H: Codebtors* (Official Form 206H)
- ☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑   Other document that requires a declaration   List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/15/2016      ✗ _____
<br>     MM / DD / YYYY           Signature of individual signing on behalf of debtor

           Mordechai Korf
<br>           Printed name

           Chief Executive Officer
<br>           Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name  Optima Specialty Steel, Inc. |
| United States Bankruptcy Court for the District of Delaware |
| Case number (If known):  _____ |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 12.000% SENIOR UNSECURED NOTES DUE 2016 WILMINGTON TRUST, NATIONAL ASSOCIATION 50 SOUTH SIXTH STREET SUITE 1290 MINNEAPOLIS, MN 55402-1544 | JANE SCWEIGER TEL: 612-217-5624 EMAIL: JSCHWEIGER@WILMINGTONTRUST.COM | Unsecured Notes | | | | $ 87,493,333 |
| 2 | MICHAEL SCHARF 225 DUNBAR ROAD PALM BEACH, FL 33480 | MICHAEL SCHARF TEL: 561-805-5353 | Pension Obligation | Unliquidated | | | $ 6,108,961 |
| 3 | NIAGARA LASALLE CORPORATION & LASALLE STEEL COMPANY PENSION PLAN SEI PRIVATE TRUST COMPANY OAKS, PA 19456-9907 | DEBORAH L. HE TEL: 610-676-1000 FAX: 484-676-1417 | Pension Obligation | Contingent Unliquidated | | | $ 5,341,923 |
| 4 | ARCELORMITTAL INT AMERICA, LLC 25598 NETWORK PLACE CHICAGO, IL 606731255 | CHUCK JONES TEL: 219 - 399 - 7946 FAX: 219 - 399 - 4134 EMAIL: CHARLES.JONES@ARCELORMITTAL.COM | Trade Debt | | | | $ 4,599,158 |
| 5 | STEEL DYNAMICS, INC. ATTN:HEATHER FUNK BAR PRODUCT DIVISION 36655 TREASURY CENTER CHICAGO, IL 606946600 | JEFF CORDILL TEL: 317-892-7113 FAX: 317-892-7005 EMAIL: JEFF.CORDILL@STEELDYNAMICS.COM | Trade Debt | | | | $ 4,483,404 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 6 | REPUBLIC ENGINEERED PRODUCTS, LLC 21349 NETWORK PLACE CHICAGO, IL 60673-1213 | TED THIELENS TEL: 330-438-5616 EMAIL: JTHIELENS@REPUBLICSTEEL.COM | Trade Debt | | | | $  1,564,057 |
| 7 | HAMILTON SPECIALTY BAR (2007) INC. 319 SHERMAN AVENUE N. P.O. BOX 2943 ONTARIO, CAN L8N 3R5 | BRENT AKESON TEL: 905-312-8650 EMAIL: BAKESON@HSBSTEEL.COM | Trade Debt | | | | $  1,249,630 |
| 8 | ASW STEEL, INC. 42 CENTRE STREET WELLAND, ON L3B 5N9 | JOHN MAURO TEL: 905 735-5630 FAX: 905 328-7902 EMAIL: JOHN.MAURO@ASW-STEEL.COM | Trade Debt | | | | $  1,086,571 |
| 9 | TIMKENSTEEL CORPORATION DEPT. CH 14428 PALATINE, IL 60055-4428 | SHAWN SEANOR TEL: 330-471-3832 FAX: 330-471-4041 EMAIL: SHAWN.SEANOR@TIMKENSTEEL.COM | Trade Debt | | | | $  610,802 |
| 10 | CHARTER STEEL DIV. CHARTER MANUFACTURING CO POST OFFICE BOX 681140 CHICAGO, IL 606952140 | STEVE SIMPSON TEL: 262 268-2380 EMAIL: SIMPSONS@CHARTERSTEEL.COM | Trade Debt | | | | $  600,224 |
| 11 | ARCELORMITTAL STEELTON LLC 24050 NETWORK PLACE CHICAGO, IL 60673-1240 | CHUCK JONES TEL: 219 399-7946 FAX: 219 399-4134 EMAIL: CHARLES.JONES@ARCELORMITTAL.COM | Trade Debt | | | | $  496,766 |
| 12 | GERDAU MACSTEEL DEPT. #79901 PO BOX 67000 DETROIT, MI 48267-0799 | LISA OWEN TEL: 517-768-2461 FAX: 517-782-8736 EMAIL: LISA.OWEN@GERDAU.COM | Trade Debt | | | | $  469,703 |
| 13 | GERDAU LONG STEEL NORTH AMERICA 4221 W. BOY SCOUT BLVD. SUITE 600 TAMPA, FL 33607 | RICHARD SZINK TEL: 813 207-2301 EMAIL: RICHARD.SZINK@GERDAU.COM | Trade Debt | | | | $  461,375 |
| 14 | GERDAU 25654 NETWORK PLACE CHICAGO, IL 606731256 | RICHARD SZINK TEL: 813 207-2301 EMAIL: RICHARD.SZINK@GERDAU.COM | Trade Debt | | | | $  392,457 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | ACENTA STEEL LTD POST OFFICE BOX 8000 DEPARTMENT 402 BUFFALO, NY 14267 | TARLOK SINGH TEL: 44 (0) 1384 471 257 FAX: 44 (0) 1384 471 201 EMAIL: TSINGH@ACENTASTEEL.COM | Trade Debt | | | | $ | 379,117 |
| 16 | RIGGS MACHINE & FABRICATING AP 3850 BELFORD STREET ASHLAND, KY 41101 | CHESTER BROWN TEL: 606-324-0090 FAX: 606-325-9939 EMAIL: CBROWN@RIGGSMACHINE.COM | Trade Debt | | | | $ | 185,500 |
| 17 | STEEL DYNAMICS - ROANOKE P.O. BOX 532068 ATLANTA, GA 30353-0268 | JEFF CORDILL TEL: 317 892-7114 FAX: 317 892-7005 EMAIL: JEFF.CORDILL@STEELDYNAMICS.COM | Trade Debt | | | | $ | 132,361 |
| 18 | SUMITOMO CANADA LIMITED 150 KING ST. WEST SUITE 2304 TORONTO, ON M5H 1J9 | ROBERT LORENZO TEL: 212 207-0474 FAX: 212 207-0830 EMAIL: ROBERT.LORENZO@SUMITOMOCORP.COM | Trade Debt | | | | $ | 131,808 |
| 19 | TOTAL QUALITY LOGISTICS, INC. POST OFFICE BOX 634558 CINCINNATI, OH 452634558 | ELLIOTT MCCANN TEL: 513 831-2600 FAX: 513 943-6222 EMAIL: EMCCANN@TQL.COM | Trade Debt | | | | $ | 123,107 |
| 20 | NIPSCO PO BOX 13007 MERRILLVILLE, IN 46411-3007 | DEAN GARRETT TEL: 219-647-5839 FAX: 219-647-4528 EMAIL: DAGARRETT@NISOURCE.COM | Trade Debt | | | | $ | 121,138 |
| 21 | CSX P.O. BOX 116628 ATLANTA, GA 30368-6628 | ACCOUNTS RECEIVABLE TEL: 877-744-7279 | Trade Debt | | | | $ | 111,057 |
| 22 | CHASE BRASS & COPPER CO., INC.12570 COLLECTIONS CENTER DRIVECHICAGO, IL 60693 | MIKE HAMMERLETEL: 419-485-3193FAX: 419-485-5945EMAIL: MHAMMERLE@CHASEBRASS.COM | Trade Debt | | | | $ | 104,703 |
| 23 | MAGNETIC ANALYSIS CORP PO BOX 95000-5740 PHILADELPHIA, PA 19195-5740 | CHUCK KLEIBER TEL: (914) 530-2000  EXT. 0000 FAX: 914-703-3790 EMAIL: CKLEIBER@MAC-NDT.COM | Trade Debt | | | | $ | 97,307 |
| 24 | MOTION INDUSTRIES PO BOX 98412 CHICAGO, IL 60693 | CLINT MENHART TEL: 734-261-4920 FAX: 734-261-2332 EMAIL: CLINT.MENHART@MOTION-IND.COM | Trade Debt | | | | $ | 91,588 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | MAGELLAN CORPORATION 3250 SOLUTIONS CENTER CHICAGO, IL 60677-3002 | FRANK PAOLILLO TEL: 847 205-1155 FAX: 847 564-4779 | Trade Debt | | | | | | $ | 86,617 |
| 26 | STERLING STEEL COMPANY, LLC 101 AVENUE K STERLING, IL 61081 | C. ROBBINS TEL: 815-548-7000 EMAIL: C.ROBBINS@SSCLLC.COM | Trade Debt | | | | | | $ | 86,541 |
| 27 | CONSTELLATION ENERGY SERVICES, INC SUITE 175 2211 OLD EARHART ROAD ANN ARBOR, MI 48105 | CONTRACTS ADMINISTATION TEL: 888-635-0827 FAX: 888-829-8738 EMAIL: CMG@CONSTELLATION.COM | Trade Debt | | | | | | $ | 83,079 |
| 28 | KEYSTONE-CALUMET INC. 75 REMITTANCE DRIVE SUITE 3182 CHICAGO, IL 60675-3182 | CHUCK BOYD TEL: 815 474-5877 EMAIL: BOYDCH@KEYSTONESTEEL.COM | Trade Debt | | | | | | $ | 76,046 |
| 29 | TMS INTERNATIONAL, LLC 25066 NETWORK PL. CHICAGO, IL 60673-1250 | MARY SMITH TEL: 412-678-6141 FAX: 412-675-8321 EMAIL: MASMITH@TMSINTERNATIONAL.COM | Trade Debt | | | | | | $ | 70,730 |
| 30 | BLOOM ENGINEERING COMPANY, INC. P.O. BOX 536093 PITTSBURGH, PA 15235-5902 | STEPHEN SIMKO TEL: 412-653-3500 FAX: 412-653-2253 EMAIL: SSIMKO@BLOOMENG.COM | Trade Debt | | | | | | $ | 50,036 |
| 31 | ALTON STEEL, INC. #774313 4313 SOLUTION CENTER CHICAGO, IL 606774003 | JIM HRUSOVSKY TEL: 618 374-3524 FAX: 618 374-3210 EMAIL: JHRUSOVSKY@ALTONSTEEL.COM | Trade Debt | | | | | | $ | 49,052 |
| 32 | R & R EXPRESS LOGISTICS P.O. BOX 912394 DENVER, CO 80291 | JOHN KRAKOWSKI TEL: 412-444-2472 FAX: 412-920-1853 EMAIL: JOHN.KRAKOWSKI@BALRREXP.COM | Trade Debt | | | | | | $ | 47,664 |
| 33 | HATZEL AND BUEHLER INC. P.O. BOX 848 CIRCLEVILLE, OH 43113 | JAMES IVEY TEL: 740-420-3088 FAX: 740-420-9048 EMAIL: J.IVEY@HATZELANDBUEHLER.COM | Trade Debt | | | | | | $ | 42,600 |
| 34 | PRIMETALS TECHNOLOGIES USA LLC P.O. BOX 2166 CAROL STREAM, IL 60132-2166 | AHMED HOZAIN TEL: 508-755-6111 FAX: 508-755-6140 EMAIL: AHMED.HOZAIN@PRIMETALS.COM | Trade Debt | | | | | | | $42,511 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 35 | PENSION BENEFIT GUARANTY CORPORATION 1200 K. STREET NW WASHINGTON D. C. 20005-4206 | DANA CANNE TEL: (202) 326 - 4020 (EXT. 3810) FAX: (202) 842 - 2643 EMAIL: CANN.DANA@PBGC.GOV | Pension Obligation | Contingent Unliquidated | | | Undetermined |
| 36 | CHATHAM STEEL CORPORATION (01-CV-2015 - 903254.00 CIRCUIT COURT OF JEFFERSON COUNTY, AL) 501 WEST BOUNDARY STREET SAVANNAH, GA 31401 | GENERAL COUNSEL TEL: 912-233-4182 FAX: 912-944-0653 EMAIL: CORPOFFICE@CHATHAMSTEEL.COM | Litigation | Contingent Unliquidated Disputed | | | Undetermined |
| 37 | GARY /CHICAGO INTERNATIONAL AIRPORT AUTHORITY 6001 AIRPORT RD GARY, IN 46406 | DANIEL F. VICARI, P.E. (219) 949 - 4931 (219) 949-0573 DAN@GCIAIRPORT.COM | Litigation | Contingent Unliquidated Disputed | | | Undetermined |
| 38 | MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY (TRUST ACCOUNT) 525 WEST ALLEGAN STREET PO BOX 30473 LANSING, MI 48909-7973 | RONDA BLAIR TEL: 517-373-9548 FAX: 517-373-4797 EMAIL: BLAYERR@MICHIGAN.GOV | Environmental Remediation | Unliquidated | | | Undetermined |
| 39 | OHIO ATTORNEY GENERAL VS. OPTIMA SPECIALTY STEEL, INC. ET AL. (U.S. EPA SUPERFUND/CERCLA CLAIM) 30 E. Broad St., 14th Floor Columbus, OH 43215 | Ohio Attorney General Mike DeWine TEL: 614-466-4986 FAX: 614-644-7106 | Litigation | Contingent Unliquidated Disputed | | | Undetermined |
| 40 | STEELWORKERS PENSION TRUST 32551 COLLECTION CENTER DRIVE CHICAGO, IL 60693-0325 | DEBORAH L. CHORBA, TEL: (412) 482-1876 EMAIL: DCHORBA@SPT-USW.ORG | Pension Obligation | Contingent Unliquidated | | | Undetermined |

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name      OPTIMA SPECIALTY STEEL, INC.

United States Bankruptcy Court for the: _____ District of Delaware
                                                                                                    (State)

Case number (If known):      _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule* ____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/15/2016              **✗** _____
                    MM / DD / YYYY                              Signature of individual signing on behalf of debtor

Mordechai Korf
_____
Printed name

Chief Executive Officer
_____
Position or relationship to debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OPTIMA SPECIALTY STEEL, INC., | Case No. 16-_____ (   ) |
| Debtor. | (Joint Administration Pending) |

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Optima Acquisitions, LLC | 100% |

### DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of Optima Specialty Steel, Inc., the debtor in this case, declare under penalty of perjury that I have read the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: December 15, 2016

_____
Mordechai Korf
Chief Executive Officer