**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| OPTIMA SPECIALTY STEEL, INC., *et al.*,[1] | Case No. 16-12789 (KJC) |
| Debtors. | (Jointly Administered) |

NOTICE **AMENDED**[2] OF AGENDA FOR MATTERS
SCHEDULED FOR MAY 10, 2017 AT **2:00 P.M.**[3]
Location: Before the Honorable Kevin J. Carey, 5th Floor, Courtroom No. 5

---
**PLEASE BE ADVISE THE COURT HAS CHANGED THE**
**HEARING TIME FROM 3:00 P.M. to 2:00 P.M.**
---

CONTESTED MATTERS GOING FORWARD:

1.  Motion of the Debtors for Entry of an Order Extending the Exclusive Periods During which the Debtors May File and Solicit Acceptances of a Plan of Reorganization [Docket No. 582, Filed April 14, 2017]

    Response Deadline: April 28, 2017

    Responses Received:

    A.  Objection [Redacted] of DDJ Capital Management, LLC to (A) Motion of the Debtors for Entry of an Order (I) Authorizing Debtors' Entry Into and Performance Under a Plan Support Agreement and (II) Approving Related Expense Reimbursement and (B) Motion of the Debtors for Entry of an Order Extending the Exclusive Periods During Which the Debtors May File and Solicit Acceptances of a Chapter 11 Plan of Reorganization [Docket No. 667, Filed May 3, 2017]

    B.  [SEALED] Objection of DDJ Capital Management, LLC to (A) Motion of

---

[1]  The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Optima Specialty Steel, Inc., 200 S. Biscayne Blvd., Suite 5500, Miami, FL 33131-2310 (0641); Michigan Seamless Tube LLC, 400 McMunn Street, South Lyon, MI 48178 (3850); Niagara LaSalle Corporation, 1412 150th Street, Hammond, IN 46327 (0059); KES Acquisition Company d/b/a Kentucky Electric Steel, 2704 South Big Run Road, Ashland, KY 41102 (2858); and The Corey Steel Company, 2800 South 61st Court, Cicero, IL 60804 (0255).

**2** **Amended items appear in bold.**

[3] Parties who are unable to attend the hearing in person may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

*DEL 408305431v1*

the Debtors for Entry of an Order (I) Authorizing Debtors' Entry Into and Performance Under a Plan Support Agreement and (II) Approving Related Expense Reimbursement and (B) Motion of the Debtors for Entry of an Order Extending the Exclusive Periods During Which the Debtors May File and Solicit Acceptances of a Chapter 11 Plan of Reorganization [Docket No. 669, Filed May 3, 2017]

C.   Joinder of the Minority DIP Lenders to the Objection of DDJ Capital Management to (A) Motion of the Debtors for Entry of an Order (I) Authorizing Debtors' Entry Into and Performance Under a Plan Support Agreement and (II) Approving Related Expense Reimbursement and (B) Motion of the Debtors for Entry of an Order Extending the Exclusive Periods During Which the Debtors May File and Solicit Acceptances of a Chapter 11 Plan of Reorganization [Docket No. 671, Filed May 3, 2017]

D.   Response of the Debtors in Support of Their (A) Motion of the Debtors for Entry of an Order (I) Authorizing Debtors' Entry Into and Performance Under a Plan Support Agreement and (II) Approving Related Expense Reimbursement and (B) Motion of the Debtors for Entry of an Order Extending the Exclusive Periods During Which the Debtors May File and Solicit Acceptances of a Chapter 11 Plan of Reorganization [Docket No. 696, Filed May 8, 2017]

**E.   Statement Of Optima Acquisitions, LLC In Opposition To The DDJ Objection To The Debtors Motion For Orders Approving Plan Support Agreement And Extension Of Exclusivity [Docket No. 710, Filed May 8, 2017]**

Related Documents:

A.   Notice of Hearing on Motion of the Debtors for Entry of an Order Extending the Exclusive Periods During which the Debtors May File and Solicit Acceptances of a Plan of Reorganization [Docket No. 595, Filed April 21, 2017]

**B.   Declaration of James Doak in Support of Motion for Entry of an Order (I) Authorizing Debtors' Entry Into and Performance Under a Plan Support Agreement and (II) Approving Related Expense and (B) Motion for Entry of an Order Extending the Exclusive Periods During Which the Debtors May File and Solicit Acceptances of a Plan of Reorganization [Docket No. 723, Filed May 10, 2017]**

**C.   Declaration of Michael S. Correra in Support of the (A) Motion for Entry of an Order (I) Authorizing Debtors' Entry Into and Performance Under a Plan Support Agreement and (II) Approving Related Expense Reimbursement; and (B) Motion for Entry of an Order Extending the Exclusive Periods During Which the Debtors**

DEL 408305431v1

**May File and Solicit Acceptances of a Plan of Reorganization [Docket No. 724, Filed May 10, 2017]**

<u>Status</u>: This matter is going forward.

2.   Motion of the Debtors for an Order (I) Authorizing Debtors' Entry Into and Performance Under a Plan Support Agreement and (II) Approving Related Expense Reimbursement [Docket No. 594 Filed April 20, 2017]

    Response Deadline: May 3, 2017

    Responses Received:

        A.    Objection [Redacted] of DDJ Capital Management, LLC to (A) Motion of the Debtors for Entry of an Order (I) Authorizing Debtors' Entry Into and Performance Under a Plan Support Agreement and (II) Approving Related Expense Reimbursement and (B) Motion of the Debtors for Entry of an Order Extending the Exclusive Periods During Which the Debtors May File and Solicit Acceptances of a Chapter 11 Plan of Reorganization [Docket No. 667, Filed May 3, 2017]

        B.    [SEALED] Objection of DDJ Capital Management, LLC to (A) Motion of the Debtors for Entry of an Order (I) Authorizing Debtors' Entry Into and Performance Under a Plan Support Agreement and (II) Approving Related Expense Reimbursement and (B) Motion of the Debtors for Entry of an Order Extending the Exclusive Periods During Which the Debtors May File and Solicit Acceptances of a Chapter 11 Plan of Reorganization [Docket No. 669, Filed May 3, 2017]

        C.    Joinder of the Minority DIP Lenders to the Objection of DDJ Capital Management to (A) Motion of the Debtors for Entry of an Order (I) Authorizing Debtors' Entry Into and Performance Under a Plan Support Agreement and (II) Approving Related Expense Reimbursement and (B) Motion of the Debtors for Entry of an Order Extending the Exclusive Periods During Which the Debtors May File and Solicit Acceptances of a Chapter 11 Plan of Reorganization [Docket No. 671, Filed May 3, 2017]

        D.    Response of the Debtors in Support of Their (A) Motion of the Debtors for Entry of an Order (I) Authorizing Debtors' Entry Into and Performance Under a Plan Support Agreement and (II) Approving Related Expense Reimbursement and (B) Motion of the Debtors for Entry of an Order Extending the Exclusive Periods During Which the Debtors May File and Solicit Acceptances of a Chapter 11 Plan of Reorganization [Docket No. 696, Filed May 8, 2017]

        E.    **Statement Of Optima Acquisitions, LLC In Opposition To The DDJ Objection To The Debtors Motion For Orders Approving Plan**

*DEL 408305431v1*

**Support Agreement And Extension Of Exclusivity [Docket No. 710, Filed May 8, 2017]**

Related Documents:

A.      **Declaration of James Doak in Support of Motion for Entry of an Order (I) Authorizing Debtors' Entry Into and Performance Under a Plan Support Agreement and (II) Approving Related Expense and (B) Motion for Entry of an Order Extending the Exclusive Periods During Which the Debtors May File and Solicit Acceptances of a Plan of Reorganization [Docket No. 723, Filed May 10, 2017]**

B.      **Declaration of Michael S. Correra in Support of the (A) Motion for Entry of an Order (I) Authorizing Debtors' Entry Into and Performance Under a Plan Support Agreement and (II) Approving Related Expense Reimbursement; and (B) Motion for Entry of an Order Extending the Exclusive Periods During Which the Debtors May File and Solicit Acceptances of a Plan of Reorganization [Docket No. 724, Filed May 10, 2017]**

Status: This matter is going forward.

3.      DDJ Capital Management, LLC's Motion for Entry of an Order Authorizing DDJ Capital Management, LLC to File Under Seal Certain Exhibits to Objection of DDJ Capital Management, LLC to (A) Motion of the Debtors for Entry of an Order (I) Authorizing Debtors' Entry Into and Performance Under a Plan Support Agreement and (II) Approving Related Expense Reimbursement and (B) Motion of the Debtors for Entry of an Order Extending the Exclusive Periods During Which the Debtors May File and Solicit Acceptances of a Chapter 11 Plan of Reorganization [Docket No. 666, Filed May 3, 2017]

Response Deadline: May 10, 2017 at the hearing

Responses Received: None.

Related Documents:

A.      Objection [Redacted] of DDJ Capital Management, LLC to (A) Motion of the Debtors for Entry of an Order (I) Authorizing Debtors' Entry Into and Performance Under a Plan Support Agreement and (II) Approving Related Expense Reimbursement and (B) Motion of the Debtors for Entry of an Order Extending the Exclusive Periods During Which the Debtors May File and Solicit Acceptances of a Chapter 11 Plan of Reorganization [Docket No. 667, Filed May 3, 2017]

B.      [SEALED] Objection of DDJ Capital Management, LLC to (A) Motion of the Debtors for Entry of an Order (I) Authorizing Debtors' Entry Into and Performance Under a Plan Support Agreement and (II) Approving Related

4

Expense Reimbursement and (B) Motion of the Debtors for Entry of an Order Extending the Exclusive Periods During Which the Debtors May File and Solicit Acceptances of a Chapter 11 Plan of Reorganization [Docket No. 669, Filed May 3, 2017]

Status: This matter is going forward.

UNCONTESTED MATTER UNDER CERTIFICATE OF NO OBJECTION:

4.    Motion of Plaintiffs for Relief from Stay Pursuant to 11 U.S.C. § 362(1) and (2) [Docket No. 578, Filed April 13, 2017]

Response Deadline: April 28, 2017 at 4:00 p.m.

Responses Received: None.

Related Documents:

A.    Exhibit A to Motion of Plaintiffs for Relief from Stay Pursuant to 11 U.S.C. § 362(1) and (2) [Docket No. 591, Filed April 19, 2017]

B.    Notice: Motion of Plaintiffs for Relief from Stay Pursuant to 11 U.S.C. § 362(1) and (2) [Docket No. 596, Filed April 21, 2017]

C.    Certificate of No Objection: "Motion for Relief from Stay" Docket No. 587 [Docket No. 688, Filed May 4, 2017]

D.    **Order Granting Relief From Automatic Stay [Docket No. 706, Filed May 8, 2107]**

**Status:  An order has been entered by the Court. No hearing is necessary.**

Date:  May 10, 2017                          GREENBERG TRAURIG, LLP

                                             */s/ Dennis A. Meloro*
                                             Dennis A. Meloro (DE Bar No. 4435)
                                             The Nemours Building
                                             1007 North Orange Street, Suite 1200
                                             Wilmington, Delaware 19801
                                             Telephone: (302) 661-7000
                                             Facsimile:  (302) 661-7360
                                             Email: melorod@gtlaw.com

                                             -and-

*DEL 408305431v1*

Nancy A. Mitchell (*admitted pro hac vice*)
Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
Email:  mitchelln@gtlaw.com

-and-

Paul J. Keenan Jr. (*admitted pro hac vice*)
John R. Dodd (*admitted pro hac vice*)
Ari Newman (*admitted pro hac vice*)
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
Email: keenanp@gtlaw.com
        doddj@gtlaw.com
        newmanar@gtlaw.com

*Counsel for the Debtors*
*and Debtors-in-Possession*

cc: via Email, Facsimile, or Overnight Mail:
Office of the U.S. Trustee
Counsel to the Committee
Interested Parties

6

*DEL 408305431v1*