**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                                       :   Chapter 11
                                                             :
OPTIMA SPECIALTY STEEL, INC., et al.,[1]                    :   Case No. 16-12789 (KJC)
                                                             :
                              Debtors.                       :   Jointly Administered
                                                             :
                                                             :   **Re: Docket No. 666**
------------------------------------------------------------x

**ORDER AUTHORIZING DDJ CAPITAL MANAGEMENT, LLC TO FILE UNDER SEAL CERTAIN EXHIBITS TO OBJECTION OF DDJ CAPITAL MANAGEMENT, LLC TO (A) MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS' ENTRY INTO AND PERFORMANCE UNDER A PLAN SUPPORT AGREEMENT AND (II) APPROVING RELATED EXPENSE REIMBURSEMENT AND (B) MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH THE DEBTORS MAY FILE AND SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN OF REORGANIZATION**

Upon the motion (the "**Motion**")[2] of the DDJ Capital Management, LLC ("**DDJ**") for entry of an order, authorizing DDJ to file under seal certain exhibits to the Objection, as more fully set forth in the Motion; and due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined the relief

---

[1] The Debtors in these Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Optima Specialty Steel, Inc., 200 S. Biscayne Blvd., Suite 5500, Miami, FL 33131-2310 (0641); Michigan Seamless Tube LLC, 400 McMunn Street, South Lyon, MI 48178 (3850); Niagara LaSalle Corporation, 1412 150th Street, Hammond, IN 46327 (0059); KES Acquisition Company d/b/a Kentucky Electric Steel, 2704 South Big Run Road, Ashland, KY 41102 (2858); and The Corey Steel Company, 2800 South 61st Court, Cicero, IL 60804 (0255).

[2] Capitalized terms used, but not otherwise defined herein, shall have the respective meanings ascribed to them in the Motion.

sought in the Motion is in the best interests of the DDJ and all parties in interest; and all objections to the Motion having been withdrawn or overruled; and the Court having determined the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED.

2. DDJ is authorized to file the Confidential Exhibits under seal.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _May 10_, 2017
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATE BANKRUPTCY JUDGE