# SIGN-IN-SHEET

**CASE NAME:** Optima Specialty Steel, Inc.

**CASE NO.:** 16-12789-KJC

**COURTROOM LOCATION:** 5

**DATE:** May 10, 2017

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Kinel | Squire Patton Boggs | Official Comm Unsec Cred |
| Chris Samis | Whiteford Taylor | " |
| Jason Rubin | Akin, Gump | Minority DIP Lenders |
| Eric Schwartz | Morris, Nichols | |
| Mark Chehi | Skadden | Optima Acquisitions, LLC |
| Mark Collins | RLF | DDJ |
| Brett Haywood | " " | " " |
| Rick Levy | Latham & Watkins | " " |
| Ted Dillman | " " | " " |
| Jarrett Vine | Polsinelli | ArcelorMittal |
| Dennis A. Meloro | Greenberg Traurig, LLP | ABRY |
| Paul J. Keenan | " " | " " |
| John Dodd | " " | " " |
| Jane Leamy | US Trustee | US Trustee |

# Court Conference

Calendar Date: **05/10/2017**

Calendar Time: **02:00 PM ET**

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

*Amended Calendar  May 10 2017  9:14AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Optima Specialty Steel, Inc. | 1:16-bk-12789 | Hearing | 8334632 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| | | Optima Specialty Steel, Inc. | 16-12789 | Hearing | 8330518 | Desiree M. Amador | (202) 326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | Optima Specialty Steel, Inc. | 16-12789 | Hearing | 8334610 | Kevin Beard | (213) 455-7841 ext. | Berkeley Research Group | Interested Party, Berkeley Research Group / LISTEN ONLY |
| | | Optima Specialty Steel, Inc. | 16-12789 | Hearing | 8327057 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones News / LISTEN ONLY |
| | | Optima Specialty Steel, Inc. | 16-12789 | Hearing | 8325273 | Maria DiConza | (212) 801-9278 ext. | Greenberg Traurig, LLP | Debtor, Optima Specialty Steel, Inc. / LIVE |
| | | Optima Specialty Steel, Inc. | 16-12789 | Hearing | 8334720 | Andrew Kim | (212) 763-1925 ext. | Alvarez & Marsal | Interested Party, Alvarez & Marsal / LISTEN ONLY |
| | | Optima Specialty Steel, Inc. | 16-12789 | Hearing | 8296811 | Stephen Lam | (646) 863-7157 ext. | Corre Partners | Creditor, Corre Partners / LISTEN ONLY |
| | | Optima Specialty Steel, Inc. | 16-12789 | Hearing | 8332883 | Stephen D. Lerner | (513) 361-1220 ext. | Squire Patton Boggs (US), LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Optima Specialty Steel, Inc. | 16-12789 | Hearing | 8316289 | Christopher Mayfield | (646) 766-0641 ext. | Capital Structure | Interested Party, CapitalStructure / LISTEN ONLY |
| | | Optima Specialty Steel, Inc. | 16-12789 | Hearing | 8333695 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Optima Specialty Steel, Inc. | 16-12789 | Hearing | 8332901 | Elliot Smith | (513) 361-1267 ext. | Squire Patton Boggs (US), LLP | Creditor, Committee of Unsecured Creditors / LISTEN ONLY |
| | | Optima Specialty Steel, Inc. | 16-12789 | Hearing | 8330083 | Jeffrey W. Spear | (212) 692-1038 ext. | Duane Morris LLP | Creditor, Gerdau Ameristeel Corp. / LISTEN ONLY |

*(handwritten: SUB  JULIA WINTERS)*

| Optima Specialty Steel, Inc. | 16-12789 | Hearing | 8331359 | Marc Zelina | 212-906-2929 ext. | Latham & Watkins LLP | Interested Party, DDJ Capital Management, LLC / LISTEN ONLY |