IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OPTIMA SPECIALTY STEEL, INC., *et al.*,[1] | Case No. 16-12789 (KJC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AMENDMENT TO PLAN SUPPLEMENT
TO THE DEBTORS' PLAN OF REORGANIZATION**

PLEASE TAKE NOTICE that on May 12, 2017, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Plan Supplement to the Debtors' Plan of Reorganization* [Docket No. 747] (the "**Plan Supplement**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that the Plan Supplement is hereby amended to add the following documents to the Plan Supplement:

- **Exhibit A**: Tab 4 – Administrative Claim Request Form;

- **Exhibit B**: Tab 5 – Structure of the Debtors after the Effective Date;

- **Exhibit C**: Tab 6 – Retained Causes of Action; and

- **Exhibit D**: Tab 7 – Schedule of Rejected Executory Contracts.

PLEASE TAKE FURTHER NOTICE that the Debtors reserve the right to alter, amend, modify or supplement the Plan Supplement and any document in the Plan Supplement or this Amendment in accordance with and subject to the terms of the Plan Support Agreement (as defined in the Plan) and the Plan.

---

[1] The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Optima Specialty Steel, Inc., 200 S. Biscayne Blvd., Suite 5500, Miami, FL 33131-2310 (0641); Michigan Seamless Tube LLC, 400 McMunn Street, South Lyon, MI 48178 (3850); Niagara LaSalle Corporation, 1412 150th Street, Hammond, IN 46327 (0059); KES Acquisition Company d/b/a Kentucky Electric Steel, 2704 South Big Run Road, Ashland, KY 41102 (2858); and The Corey Steel Company, 2800 South 61st Court, Cicero, IL 60804 (0255).

| | |
|---|---|
| Dated:  May 24, 2017 | GREENBERG TRAURIG, LLP |
| | |
| | */s/ Dennis A. Meloro* |
| | Dennis A. Meloro (DE Bar No. 4435) |
| | The Nemours Building |
| | 1007 North Orange Street, Suite 1200 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 661-7000 |
| | Facsimile:  (302) 661-7360 |
| | Email: melorod@gtlaw.com |
| | |
| | -and- |
| | |
| | Paul J. Keenan Jr. (*admitted pro hac vice*) |
| | John R. Dodd (*admitted pro hac vice*) |
| | Greenberg Traurig, P.A. |
| | 333 S.E. 2nd Avenue, Suite 4400 |
| | Miami, FL 33131 |
| | Telephone: (305) 579-0500 |
| | Facsimile:  (305) 579-0717 |
| | Email: keenanp@gtlaw.com |
| |         doddj@gtlaw.com |
| | |
| | *Counsel for the Debtors* |
| | *and Debtors-in-Possession* |