**EXHIBIT A**

**TAB 4**
**Administrative Expense Proof of Claim Form**

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF DELAWARE | **ADMINISTRATIVE EXPENSE<br>PROOF OF CLAIM** | Administrative Expense Bar Date<br>[_____], 2017 |
|---|---|---|

**Note:** This form should only be used by claimants asserting an Administrative Expense arising between December 15, 2016 and [_____, 2017] (the "Administrative Claim Period"). THIS FORM SHOULD NOT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND ENTITLED TO PRIORITY IN ACCORDANCE WITH 11 U.S.C. §§ 503(b) and 507(a)(2). This form should not be used for any claims arising under 11 §503(b)(9).

Indicate Debtor(s) against which you assert a claim by checking the appropriate box(es) below.

| Name of Debtor (Check Only One): | Case No. | Name of Debtor (Check Only One): | Case No. |
|---|---|---|---|
| ☐ Optima Specialty Steel, Inc. | 16-12789 | ☐ KES Acquisition Company d/b/a Kentucky Electric Steel | 16-12792 |
| ☐ Niagara LaSalle Corporation | 16-12790 | ☐ Michigan Seamless Tube LLC | 16-12793 |
| ☐ The Corey Steel Company | 16-12791 | | |

Name of Creditor
(The person or entity to whom the debtor owes money or property)

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your administrative expense claim. Attach copy of statement giving particulars.

Name and Addresses Where Notices Should be Sent:

Check here if this claim: ☐ replaces or ☐ amends a previously filed administrative expense claim.

Claim Number (if known): _____

Dated: _____

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

1. **BASIS FOR CLAIM:**
   ☐ Goods sold        ☐ Services performed        ☐ Personal Injury/Wrongful Death        ☐ Wages (Dates)_____
   ☐ Money loaned     ☐ Taxes                      ☐ Retiree Benefits as Defined in 11 U.S.C. § 1114(a)   ☐ Other(Specify):_____

2. DATE DEBT WAS INCURRED (IF KNOWN):

3. DESCRIPTION OF CLAIM (IF KNOWN):

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM:        $ _____
                                                                         **(Total)**

5. **CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

6. **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. Do not send original documents. If the documents are not available, explain. If the documents are voluminous, attach a summary.

7. **TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

8. **Signature:** Check the appropriate box.
   ❏ I am the creditor.   ❏ I am the creditor's authorized agent.   ❏ I am the trustee, or the Debtor, or their   ❏ I am a guarantor, surety, indorser, or other
                                  (Attach copy of power of attorney, if any)       authorized agent. (See Bankruptcy Rule 3004.)       codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name:_____
   Title: _____           _____          _____
   Company: _____                         (Signature)                                                         (Date)
           Address and telephone number (if different from notice address above):
   _____
   _____
   _____
   Telephone number: _____        email:_____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**
*The attorneys for the Debtors and their court-appointed claims agent, GCG, are not authorized to provide you legal advise and are not providing you with any legal advice.*
PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS:  **IF BY MAIL:** Optima Specialty Steel, Inc. Case Administration, c/o GCG, P.O. Box 10355, Dublin, OH 43017-5555; **IF BY HAND OR OVERNIGHT COURIER:** Optima Specialty Steel, Inc. Case Administration, c/o GCG, 5151 Blazer Parkway, Suite A, Dublin, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.