**EXHIBIT B**

**TAB 5**

**Corporate Structure of the Reorganized Debtors after the Effective Date**

