**EXHIBIT C**

**TAB 6**

**Retained Causes of Action**[1]

       The Reorganized Debtors shall retain all Causes of Action except for Avoidance Actions and any other Causes of Action released pursuant to Article 10.4 or 10.6 of the Plan (the "**Retained Causes of Action**"); provided that, the Retained Causes of Action include but are not limited to, the rights reserved under Article 6.15 of the Plan to use defensively the Avoidance Actions to the extent set forth in Article 6.15 of the Plan.  No Entity may rely on the absence of a specific reference in the Plan, the Plan Supplement, or the Disclosure Statement to any Retained Cause of Action against them as any indication that the Debtors or the Reorganized Debtors will not pursue such action.  The Debtors and the Reorganized Debtors expressly reserve all rights to prosecute any and all Retained Causes of Action.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the *Joint Chapter 11 Plan of Reorganization of Optima Specialty Steel, Inc. and Its Affiliated Debtors and Debtors in Possession* (the "**Plan**").