**EXHIBIT D**

**TAB 7**

## Schedule of Rejected Executory Contracts and Unexpired Leases[1]

Upon the occurrence of the Effective Date, or such earlier time as provided by the Bankruptcy Code, each Executory Contract or Unexpired Lease listed on this Schedule shall be deemed automatically rejected pursuant to sections 365 and 1123 of the Bankruptcy Code as of the Effective Date. For avoidance of doubt, each such Executory Contract or Unexpired Lease includes any and all amendments, modifications, restatements, supplements, and the like.

Neither the exclusion nor inclusion of a contract or lease on this Schedule, nor anything contained in the Plan, shall constitute an admission by the Debtors that such contract or lease is in fact an Executory Contact or Unexpired Lease, as applicable, or that the Debtors or Reorganized Debtors, as applicable, have any liability thereunder. The Debtors reserve all rights to contest the characterization of any contract as an Executory Contract or lease as an Unexpired Lease. The Debtors do not waive any claims or causes of action they may have against the counterparties to any contract or lease, regardless of whether such claims or causes of action relate to the contract or lease. Nothing herein shall be construed as a concession or evidence that a contract or lease has or has not expired or been terminated or is or is not otherwise currently in full force and effect.

Rejection of any Executory Contract or Unexpired Lease pursuant to the Plan or otherwise shall not constitute a termination of pre-existing obligations owed to the Debtors under such contracts or leases. In particular, notwithstanding any non-bankruptcy law to the contrary, the Reorganized Debtors expressly reserve and do not waive any right to receive, or any continuing obligation of a counterparty to provide, warranties or continued maintenance obligations on goods previously purchased by the contracting Debtors or the Reorganized Debtors, as applicable, from counterparties to rejected or repudiated Executory Contracts.

The Debtors reserve the right to alter, amend, modify, or supplement this Schedule in accordance with the Plan.

| **Debtor** | **Counterparty** | **Description** |
|---|---|---|
| Niagara LaSalle Corporation | Indiana Harbor Belt Railroad Company | Lease, dated May 29, 1952[2] |

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the *Joint Chapter 11 Plan of Reorganization of Optima Specialty Steel, Inc. and Its Affiliated Debtors and Debtors in Possession* (the "**Plan**").

[2] This Lease was rejected by operation of section 365(d)(4) of the Bankruptcy Code on April 14, 2017.