## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OPTIMA SPECIALTY STEEL, INC., *et al.*,[1] | Case No. 16-12789 (KJC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF **AMENDED**[2] AGENDA FOR MATTERS SCHEDULED FOR JUNE 29, 2017 AT 1:30 P.M.[3]
Location: Before the Honorable Kevin J. Carey, 5th Floor, Courtroom No. 5

CHAPTER 11 PLAN CONFIRMATION:

1.     **Second Amended Joint Chapter 11 Plan of Reorganization of Optima Specialty Steel, Inc. and its Affiliated Debtors and Debtors in Possession (as Modified) [Docket No. 875, Filed June 27, 2017]**

Response Deadline: May 19, 2017 at 4:00 p.m.

Responses Received:

      A.    Limited Objection of the Secretary of Labor to the Second Amended Joint Chapter 11 Plan of Reorganization of Optima Specialty Steel, Inc. and Its Affiliated Debtors and Debtors In Possession, Dated June 16, 2017 [Docket No. 867, Filed June 22, 2017]

Related Documents:

      A.    Joint Chapter 11 Plan of Reorganization of Optima Specialty Steel and its Affiliated Debtors and Debtors in Possession [Docket No. 634, Filed April 28, 2017]

---

[1] The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are:  Optima Specialty Steel, Inc., 200 S. Biscayne Blvd., Suite 5500, Miami, FL 33131-2310 (0641); Michigan Seamless Tube LLC, 400 McMunn Street, South Lyon, MI 48178 (3850); Niagara LaSalle Corporation, 1412 150th Street, Hammond, IN 46327 (0059); KES Acquisition Company d/b/a Kentucky Electric Steel, 2704 South Big Run Road, Ashland, KY 41102 (2858); and The Corey Steel Company, 2800 South 61st Court, Cicero, IL 60804 (0255).

[2] **Amended items appear in bold.**

[3] Parties who are unable to attend the hearing  in person may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

B.      Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization of Optima Specialty Steel and its Affiliated Debtors and Debtors in Possession [Docket No. 635, Filed April 28, 2017]

C.      Plan Supplement to the Debtors' Plan of Reorganization [Docket No. 747, Filed May 12, 2017]

D.      First Amended Joint Chapter 11 Plan of Reorganization of Optima Specialty Steel, Inc. and Its Affiliated Debtors and Debtors in Possession [Docket No. 778, Filed May 24, 2017]

E.      Disclosure Statement Relating to the First Amended Joint Chapter 11 Plan of Reorganization of Optima Specialty Steel, Inc. and Its Affiliated Debtors and Debtors in Possession [Docket No. 779, Filed May 24, 2017]

F.      Notice of Amendment to Plan Supplement to Debtors' Plan of Reorganization [Docket No. 780, Filed May 24, 2017]

G.      Notice of Filing Blackline Version of First Amended Joint Plan of Reorganization and Disclosure Statement Relating Thereto [Docket No. 781, Filed May 25, 2017]

H.      Notice of Filing of (1) Revised Proposed Order (I) Approving the Disclosure Statement, (II) Setting Confirmation Hearing and Related Deadlines, (III) Approving Form and Manner of Notice, and (IV) Granting Related Relief and (2) Revised Exhibit B Thereto [Docket No. 782, Filed May 25, 2017]

I.      Order Granting Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement, (II) Setting Confirmation Hearing and Related Deadlines, (III) Approving Form and Manner of Notice, and (IV) Granting Related Relief [Docket No. 784, Filed May 25, 2017]

J.      [APPROVED] Disclosure Statement Relating to the First Amended Joint Chapter 11 Plan of Reorganization of Optima Specialty Steel, Inc. and Its Affiliated Debtors and Debtors in Possession [Docket No. 801, Filed June 1, 2017]

K.      Second Amended Joint Chapter 11 Plan of Reorganization of Optima Specialty Steel, Inc. and Its Affiliated Debtors and Debtors in Possession [Docket No. 849, Filed June 16, 2017]

L.      Notice of Filing of Blackline Version of Second Amended Joint Plan of Reorganization [Docket No. 850, Filed June 16, 2017]

M.      Notice of Filing of Proof of Publication of the Notice of (I) Hearing to

2

Consider Confirmation of and Deadline for Objections to Chapter 11 Plan of Optima Specialty Steel, Inc. and Its Affiliated Debtors in Possession and (II) Administrative Claims Bar Date in the New York Times [Docket No. 869, Filed June 23, 2017]

N.     Notice of Assumption of and Cure Amount with Respect to Executory Contracts or Unexpired Leases to be Assumed Pursuant to the Second Amended Joint Chapter 11 Plan of Reorganization of Optima Specialty Steel, Inc. and Its Affiliated Debtors and Debtors In Possession [Docket No. 872, Filed June 26, 2017]

O.     **Notice of Filing of Blackline Version of Second Amended Joint Plan of Reorganization (As Modified) [Docket No. 876, Filed June 27, 2017]**

P.     **Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming Second Amended Joint Chapter 11 Plan of Reorganization of Optima Specialty Steel, Inc. [Docket No. 880, Filed June 27, 2017]**

Q.     **Memorandum of Law Debtors' Memorandum of Law (I) In Support of Request for Entry of an Order Confirming the Second Amended Joint Plan of Reorganization of Optima Specialty Steel, Inc. and its Affiliated Debtors and Debtors in Possession (As Modified) and (II) Reply to Objections to Confirmation [Docket. No. 881, Filed June 27, 2017]**

R.     **Declaration of James Doak in Support of (I) Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of Optima Specialty Steel, Inc. and Its Affiliated Debtors and Debtors In Possession (AS MODIFIED); and (II) The Motion for Entry of an Order Authorizing the Debtors to (A) Enter Into Exit Financing Commitment Letter and Related Fee Letter, (B) Incur and Pay Certain Fees, Indemnities, Costs and Expenses In Connection Therewith and (C) Filed the Fee Letter Under Seal [Docket No. 892, Filed June 28, 2017]**

S.     **Declaration of Michael S. Correra in Support of (I) Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of Optima Specialty Steel, Inc. and Its Affiliated Debtors and Debtors In Possession (AS MODIFIED); and (II) The Motion for Entry of an Order Authorizing the Debtors to (A) Enter Into Exit Financing Commitment Letter and Related Fee Letter, (B) Incur and Pay Certain Fees, Indemnities, Costs and Expenses In Connection Therewith and (C) Filed the Fee Letter Under Seal [Docket No. 895, Filed June 29, 2017]**

Status: This matter is going forward. **The objection filed by the Secretary of Labor has been**

**resolved.**

MOTION REQUESTED TO GO FORWARD:

2.      **Debtors' Motion [REDACTED] for Entry of An Order Authorizing the Debtors to (A) Enter Into Exit Financing Commitment Letter and Related Fee letter, (B) Incur and Pay Certain Fees, Indemnities, Costs and Expenses in Connection Therewith and (C) File the Fee Letter Under Seal [Docket No. 877, Filed June 27, 2017]**

Response Deadline:         At the hearing

Responses Received:     **The Debtors received informal responses that have been incorporated into a revised order, which will be presented to the Court at the hearing.**

Related Documents:

A.      **[SEALED] Motion to Authorize Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Enter into Exit Financing Commitment Letter and Related Fee Letter, (B) Incur and Pay Certain Fees, Indemnities, Costs and Expenses in Connection Therewith and (C) File the Fee Letter Under Seal [Docket No. 878, Filed June 27, 2017]**

B.      **Order Shortening Notice of the Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Enter into Exit Financing Commitment Letter and Related Fee Letter, (B) Incur and Pay Certain Fees, Indemnities, Costs and Expenses in Connection Therewith and (C) File the Fee Letter Under Seal [Docket No. 886, Filed June 28, 2017]**

C.      **Notice of Motion of Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Enter into Exit Financing Commitment Letter and Related Fee Letter, (B) Incur and Pay Certain Fees, Indemnities, Costs and Expenses in Connection therewith and (C) File the Fee Letter Under Seal [Docket No. 887, Filed June 28, 2017]**

**Status:  This matter is going forward.**

Date:  June 29, 2017

GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile:  (302) 661-7360
Email: melorod@gtlaw.com

-and-

Paul J. Keenan Jr. (*admitted pro hac vice*)
John R. Dodd (*admitted pro hac vice*)
Ari Newman (*admitted pro hac vice*)
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
Email: keenanp@gtlaw.com
        doddj@gtlaw.com
        newmanar@gtlaw.com

*Counsel for the Debtors
and Debtors-in-Possession*

cc: via Email, Facsimile, or Overnight Mail:
Office of the U.S. Trustee
Counsel to the Committee
Interested Parties

*DEL 408310989v1*